COMMONWEALTH of Pennsylvania,
Respondent

v.

John S. ORTEGA, Petitioner

No. 487 MAL 2017

Supreme Court of Pennsylvania.

December 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

John J. STRAILE, Petitioner

No. 460 MAL 2017

Supreme Court of Pennsylvania.

December 18, 2017

## ORDER

PER CURIAM

AND NOW, this 18th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

IN RE: ADOPTION OF
W.F.S., A Minor

Petition of: D.W.S., Natural Father
and K.M.J., Natural Mother

No. 391 WAL 2017

Supreme Court of Pennsylvania.

December 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Terrance WILLIAMS, Petitioner

No. 386 EAL 2017

Supreme Court of Pennsylvania.

December 19, 2017

## ORDER

PER CURIAM

AND NOW, this 19th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**